**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SERENITY HOUSE DETOX PALM BEACH, LLC, | : | CASE NO. 22-18717-MAM |
| | : | |
| DEBTOR. | : | |

**EMERGENCY MOTION OF UNITED STATES TRUSTEE TO DISMISS OR CONVERT THIS CASE TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING**

**REASON FOR EXPEDITED HEARING PURSUANT TO LOCAL RULE 9075-1**

**The Debtor has failed to comply with the U.S. Trustee Operating Guidelines by failing to file any monthly operating reports. The failure to file these reports, deprives creditors, the Court, and the United States Trustee with any ability to monitor the Debtor's financial activity, which may leave the estate at risk and may be harmful to estate. Therefore, the U.S. Trustee requests that a hearing on the motion be set at the Court's earliest convenience.**

The United States Trustee files this motion pursuant to 11 U.S.C. Section 1112 (b) for an order dismissing this case or converting this case to a case under chapter 7 and as grounds therefore states:

1. On November 11, 2022, the Debtor filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Code (ECF No. 1).

2. According to the Debtor's Chapter 11 Case Management Summary, the Debtor is the operator of a drug and alcohol treatment center (ECF No. 19). It contends that the majority of its assets are comprised of bank accounts, insurance contracts, accounts receivable and inventory (ECF No. 19). According to the Debtor's Schedule B, the Debtor also owns two vehicles with no liens (ECF No. 26).

3. According to its schedules, the Debtor does not own any real property, and leased its premises from White Rabbit Properties, LLC (the "Landlord") (ECF No. 26, Schedule G). On December 14, 2022, the Landlord filed a motion for relief from the automatic stay seeking authority to evict the Debtor from its premises located at 250 Thelma Avenue, Jupiter, Florida, 33458, for the Debtor's failure to, *inter* alia, pay rent. The motion was granted by the Court on January 12, 2023 (ECF Nos. 24 and 31).

4. Upon information and belief, the Landlord has recovered possession of the premises.

5. The Debtor has failed to file any monthly operating reports since the commencement of this case.

6. The Debtor has failed to pay the quarterly fees due and owing to the United States Trustee. Those fees cannot be calculated due to the Debtor's failure file its monthly operating reports, but will be not less than $500.00.

7. The Debtor has failed to file a disclosure statement or plan of reorganization.

8. Section 1112(b)(1) provides that after notice and a hearing, the Court shall dismiss or convert a case to a case under chapter 7 if the movant establishes cause. Section 1112(b)(4) lists several items which would constitute "cause" for purposes of conversion or dismissal.

9. Pursuant to 11 U.S.C. §1112(b)(4)(A), a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation, establishes cause to dismiss a Chapter 11 case or convert a case to chapter 7. Upon information and belief, the Debtor is no longer operating at its business premises.

10. The Debtor has not sought Court authority to enter into a new commercial lease for business premises, so it is unclear where and whether the Debtor continues to operate. The

Debtor's failure to maintain business premises is causing a substantial loss to the estate and impedes the Debtor's ability to reorganize and is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(A).

11. Pursuant to 11 U.S.C. §1112(b)(4)(F), an unexcused failure to satisfy timely any filing or reporting requirement established by Title 11 or by any rule applicable to a case under Chapter 11, establishes cause to dismiss or convert a Chapter 11 case. Similarly, pursuant to 11 U.S.C. §1112(b)(4)(H), the failure to timely provide information requested by the United States Trustee establishes cause to dismiss or convert a Chapter 11 case.

12. The Debtor has failed to file the operating reports due for November 2022 through and including March 2023. The United States Trustee, creditors, the Court and other parties in interest have been unable to monitor the Debtor's financial operations since the inception of this case. The Debtor's failure to file any operating reports constitutes cause to dismiss or convert the Debtor's case under 11 U.S.C. §§1112(b)(4)(F) and (b)(4)(H).

13. The Debtor's failure to pay the United States Trustee quarterly fees constitutes cause to dismiss or convert this case under 11 U.S.C. §1112(b)(4)(K).

14. Finally, this case has been pending for five (6) months. The Debtor has failed to file a plan or disclosure statement. The Debtor's failure to file a plan or disclosure statement also constitutes cause to dismiss or convert this case under 11 U.S.C. §1112(b)(4). *See, e.g., In re American Capital Equipment, Inc.*, 405 B.R. 415, 426-7 (Bankr.W.D.Pa 2009) (inability "to effectuate a confirmable plan within a reasonable period of time . . . remains a viable basis for conversion given that 'the list of examples of cause [for conversion] under [11 U.S.C.] section

1112(b)(4) is not exhaustive.'") (*citing* 7 Collier on Bankruptcy, ¶ 1112.04[5][b] at 1112-38 (Bender 2008).

15. Based on the foregoing, the United States Trustee submits that it would be in the best interests of creditors to dismiss this case or to convert this case to one under Chapter 7.

WHEREFORE, the United States Trustee respectfully requests the Court to set an emergency hearing and enter an order dismissing or converting this case to a case under chapter 7 and for such other and further relief as may seem just and proper.

> MARY IDA TOWNSON
> UNITED STATES TRUSTEE
> REGION 21
>
> By:_____/s/_____
> Martin P. Ochs*
> Georgia Bar No. 091608
> New York Bar No. MO-1203
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive SW
> Atlanta, Georgia 30303
> (404) 331-4509
> martin.p.ochs@usdoj.gov

* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **EMERGENCY MOTION OF U.S. TRUSTEE TO DISMISS OR CONVERT THIS CASE TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

Robert C Furr, Esq
ltitus@furrcohen.com

James S Telepman
jst@cohennorris.com

Adam I Skolnik
askolnik@skolniklawpa.com

Serenity House Detox Palm Beach, LLC
2973 Harbor Blvd.
POB 140
Costa Mesa, CA 92626
Attn: Jamie Littleton and Bradley Cohen

Cohen, Norris, Wolmer, et. al.
712 U.S. Hwy One
Ste. 400
North Palm Beach, FL 33408-7146

White Rabbit Properties, LLC
POB 3832
Jupiter, FL 33469

FLORIDA POWER & LIGHT
4200 W. Flagler Street
BANKRUPTCY RRD/LFO
Coral Gables, FL 33134-4200

A&R Pharmacy
1155 Main St., Ste. 109
Jupiter, FL 33468

Aaron McCollough
McGuireWoods LLP
77 West Wacker Drive , Suite 4100
Chicago, IL 60601-1818

Aetna Network Services LLC
c/o Aetna Behavioral Health
1425 Union Meeting Road , POB 5
Blue Bell, PA 19422

Aetna, Inc.
Aaron McCollough, c/o McGuireWoods LLP
77 West Wacker Drive , Suite 4100
Chicago, IL 60601-1818

Beacon Health Strategies, LLC
d/b/a Beacon Health Options, Inc.
POB 989
Latham, NY 12110

Better Soul, Inc.
3151 Airway Ave.
Ste. M1
Costa Mesa, CA 92626

5

Byron Cruz Landsacping, Inc.
9108 W. Highland Pines Blvd.
Palm Beach Gardens, FL 33418

Cigna Behavioral Health, Inc.
11095 Viking Dr., Ste. 350
Eden Prairie, MN 55344

Consulting Results, Inc.
376 Alcove Dr.
Groveland, FL 34736

EBF Holdings, LLC
d/b/a Everest Business Funding 'EBF'
5 W. 37th St. , Suite 1100
New York, NY 10018

Eddie Henderson
378 Northlake Blvd., Ste. 323
North Palm Beach, FL 33408

Genset Services, Inc.
3100 Gateway Drive
Pompano Beach, FL 33069

Gordon Food Service, Inc.
1300 Gezon Pkwy SW
P O Box 2244
Grand Rapids, MI 49501-2244

Gordon Food Services, Inc.
POB 1787
Grand Rapids, MI 49501-1787

Group One Safety & Security, Inc.
c/o Engineered Services, Inc.
7983 SW Jack James Dr.
Stuart, FL 34997

Henry Schein
135 Duryea Rd.
Melville, NY 11747-3824

HOODZ of Greater Palm Beach
c/o Sequete Enterprises, LLC
2234 N. Federal Hwy. , Suite 319
Boca Raton, FL 33431

Humana Behavioral Health, Inc.
Network Operations
2001 W. John Carpenter Freeway
Irving, TX 75063

Humana Government Business Inc.,
d/b/a Humana Military
Attn: Network Development Department ,
305 N. Hurstbourne Parkway - 2B
Louisville, KY 40222

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
301 W. 11th St.
4th Floor , POB 419090
Kansas City, MO 64141

James S. Telepman
712 US Highway One, Sute 400
North Palm Beach, FL 33408-3340

Jupiter Plumbing Services, Inc.
16 Yacht Club Dr.
Jupiter, FL 33477

Kipu Systems, LLC
The Kipu Building
55 Alhambra Plaza
Miami, FL 33134

Michigan Commercial Ins. Mutual MCIM
POB 19789
Sarasota, FL 34276

Palm Beach Security & Safes, Inc.
1127 Royal Palm Beach Blvd.
Ste. 272
Royal Palm Beach, FL 33411

Paycom Payroll, LLC
7501 W Memorial Rd.
Oklahoma City, OK, OK 73142

Pro Med Healthcare Service
3112 Havendale Blvd. NW
Winter Haven, FL 33881

Reserve Capital Management
2250 59th St.
Brooklyn, NY 11204

Stericycle, Inc.
2355 Waukegan Rd.
Bannockburn, IL 60015

Sunshine State Health Plan, Inc.
1301 International Parkway, 4th Floor
Fort Lauderdale, FL 33323

That's a Wrap Sandwich Co.
110 SE 6th St., Ste. 120
Fort Lauderdale, FL 33301

Town of Jupiter Utilities
210 Mimlitary Trail
Jupiter, FL 33458

Tropic-chill AC & Heating
1623 40th St.
West Palm Beach, FL 33407

UnitedHealthcare Insurance Company
CDM/Bankruptcy
185 Asylum Street-03B
Hartford, CT 06103

Vital Pest Control, LLC
999 Mohawk St.
Jupiter, FL 33458

Wellen Capital, LLC
600 W. Jackson St.
Ste. 750
Chicago, IL 60661

DONE this the 8th day of May, 2023.

By: _____/s/_____.
Martin P. Ochs
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov