```
Label Matrix for local noticing        AmTrust North America, Inc. on behalf of Wes   Serenity House Detox Palm Beach, LLC
113C-9                                 c/o Maurice Wutscher LLP                       2973 Harbor Blvd.
Case 22-18717-MAM                      23611 Chagrin Blvd. Suite 207                  POB 140
Southern District of Florida           Beachwood, OH 44122-5540                       Costa Mesa, CA 92626-3912
West Palm Beach
Mon Jul 10 22:38:43 EDT 2023

White Rabbit Properties, LLC           A&R Pharmacy                                   Aaron McCollough
c/o Robert C. Furr                     1155 Main St., Ste. 109                        McGuireWoods LLP
2255 Glades Road, Suite 419A           Jupiter, FL 33458-5264                         77 West Wacker Drive
Boca Raton, FL 33431-7379                                                             Suite 4100
                                                                                      Chicago, IL 60601-1818


Aetna Network Services LLC             Aetna, Inc.                                    Beacon Health Strategies, LLC
c/o Aetna Behavioral Health            Aaron McCollough, c/o McGuireWoods LLP         d/b/a Beacon Health Options, Inc.
1425 Union Meeting Road                77 West Wacker Drive                           POB 989
POB 5                                  Suite 4100                                     Latham, NY 12110-0099
Blue Bell, PA 19422-0005               Chicago, IL 60601-1818


Better Soul, Inc.                      Byron Cruz Landsacping, Inc.                   Cigna Behavioral Health, Inc.
3151 Airway Ave.                       9108 W. Highland Pines Blvd.                   11095 Viking Dr., Ste. 350
Ste. M1                                Palm Beach Gardens, FL 33418-5761              Eden Prairie, MN 55344-7234
Costa Mesa, CA 92626-4626


Cohen, Norris, Wolmer, et. al.         Consulting Results, Inc.                       EBF Holdings, LLC
712 U.S. Hwy One                       376 Alcove Dr.                                 d/b/a Everest Business Funding ('EB
Ste. 400                               Groveland, FL 34736-3668                       5 W. 37th St.
North Palm Beach, FL 33408-4521                                                       Suite 1100
                                                                                      New York, NY 10018-6222


Eddie Henderson                        FLORIDA POWER & LIGHT                          Genset Services, Inc.
378 Northlake Blvd., Ste. 323          4200 W. Flagler Street                         3100 Gateway Drive
North Palm Beach, FL 33408-5421        BANKRUPTCY RRD/LFO                             Pompano Beach, FL 33069-4872
                                       Coral Gables, FL 33134-1606


Gordon Food Service, Inc.              Gordon Food Services, Inc.                     Group One Safety & Security, Inc.
1300 Gezon Pkwy SW                     POB 1787                                       c/o Engineered Services, Inc.
P O Box 2244                           Grand Rapids, MI 49501-1787                    7983 SW Jack James Dr.
Grand Rapids, MI 49501-2244                                                           Stuart, FL 34997-7243


HOODZ of Greater Palm Beach            Henry Schein                                   Humana Behavioral Health, Inc.
c/o Sequete Enterprises, LLC           135 Duryea Rd.                                 Network Operations
2234 N. Federal Hwy.                   Melville, NY 11747-3834                        2001 W. John Carpenter Freeway
Suite 319                                                                             Irving, TX 75063-3255
Boca Raton, FL 33431-7710


Humana Government Business Inc.,       (p)IPFS CORPORATION                            Internal Revenue Service
d/b/a Humana Military                  30 MONTGOMERY STREET                           Centralized Insolvency Operation
Attn: Network Development Department   SUITE 1000                                     P.O. Box 7346
305 N. Hurstbourne Parkway - 2B        JERSEY CITY NJ 07302-3836                      Philadelphia, PA  19101-7346
Louisville, KY 40222-8533


James S. Telepman                      Jupiter Plumbing Services, Inc.                Kipu Systems, LLC
712 US Highway One, Sute 400           16 Yacht Club Dr.                              The Kipu Building
North Palm Beach, FL 33408-3340        Jupiter, FL 33477-5045                         55 Alhambra Plaza
                                                                                      Miami, FL 33134-5254
```

| | | |
|---|---|---|
| Michigan Commercial Ins. Mutual (MCIM)<br>POB 19789<br>Sarasota, FL 34276 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach Security & Safes, Inc.<br>1127 Royal Palm Beach Blvd.<br>Ste. 272<br>Royal Palm Beach, FL 33411-1641 |
| Paycom Payroll, LLC<br>7501 W Memorial Rd.<br>Oklahoma City, OK, OK 73142-1404 | Pro Med Healthcare Service<br>3112 Havendale Blvd. NW<br>Winter Haven, FL 33881-1836 | Reserve Capital Management<br>2250 59th St.<br>Brooklyn, NY 11204-2545 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>P.O. BOX 6668<br>TALLAHASSEE, FL 32314-6668 | (p)STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-5501 | Sunshine State Health Plan, Inc.<br>1301 International Parkway, 4th Floor<br>Fort Lauderdale, FL 33323-2874 |
| That's a Wrap Sandwich Co.<br>110 SE 6th St., Ste. 120<br>Fort Lauderdale, FL 33301-5003 | Town of Jupiter Utilities<br>210 Mimlitary Trail<br>Jupiter, FL 33458-5784 | Tropic-chill AC & Heating<br>1623 40th St.<br>West Palm Beach, FL 33407-3641 |
| UnitedHealthcare Insurance Company<br>CDM/Bankruptcy<br>185 Asylum Street-03B<br>Hartford, CT 06103-3408 | Vital Pest Control, LLC<br>999 Mohawk St.<br>Jupiter, FL 33458-5642 | Wellen Capital, LLC<br>600 W. Jackson St.<br>Ste. 750<br>Chicago, IL 60661-5683 |
| White Rabbit Properties, LLC<br>POB 3832<br>Jupiter, FL 33469-1013 | Adam I Skolnik<br>1761 West Hillsboro Blvd., Ste. 207<br>Deerfield Beach, FL 33442-1561 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IPFS Corporation<br>301 W. 11th St.<br>4th Floor<br>POB 419090<br>Kansas City, MO 64141 | Stericycle, Inc.<br>2355 Waukegan Rd.<br>Bannockburn, IL 60015 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                  47 |